PD-0628&0629-15

NO. 10-14-00314-CR
NO. 10-14-00315-CR

LAMARCOS RASHUN LIGGINS
(APPELLANT)

V.

STATE OF TEXAS
(APPELLEE)

§
§
§
§

IN THE COURT
OF APPEALS,
FOR THE

TENTH JUDICIAL
DISTRICT
WACO, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO FILE PETITION

APPELLANT, LAMARCOS RASHUN LIGGINS, SEEKS AN EXTENSION OF TIME TO FILE HIS (PRO SE) PETITION FOR DISCRETIONARY REVIEW AND IN SUPPORT WILL SHOW THE FOLLOWING:

APPELLANT TIMELY PERFECTED APPEAL FROM THE SEPTEMBER 29, 2014 JUDGEMENT OF THE TRIAL COURT. TENTH COURT OF APPEALS ISSUED AN OPINION ON APRIL 23, 2015 UPHOLDING TRIAL COURTS JUDGEMENT. APPELLANT WAS GIVEN (30) DAYS TO FILE HIS BRIEF, MAKING HIS PETITION DUE MAY 25, 2015. APPELLANT NEEDS ADDITIONAL TIME TO FILE HIS PETITION BECAUSE:

DURING THE COURSE OF THE APPEALS STAGE, APPELLANT HAS BEEN IN A TRANSITION PHASE, UNIT-TO-UNIT, ON BENCH WARRANT AND HAS NOT BEEN AFFORDED THE OPPORTUNITY TO UTILIZE A LAW LIBRARY TO PREPARE A SOUND AND PROPER PETITION FOR DISCRETIONARY REVIEW WHICH IS A HINDRANCE TO APPELLANTS APPEAL PROCESS.

### PRAYER

FOR THE REASONS SET OUT HEREIN, APPELLANT PRAYS THE COURT GRANT AN EXTENSION TO FILE A ~~PE~~ PETITION FOR DISCRETIONARY REVIEW UNTIL JUNE 24, 2015.

RESPECTFULLY SUBMITTED,

LAMARCOS RASHUN LIGGINS
(APPELLANT)

GEORGE BETO UNIT
1391 FM 3328
TENNESSEE COLONY, TX
75880